

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-15-00012-CR
06-15-00013-CR, 06-15-00014-CR,
06-15-00015-CR, 06-15-00016-CR
& 06-15-00017-CR

GARY CHRISTOPHER MORROW, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court Nos. CR-13-24716, CR-13-24717, CR-13-24718,
CR-13-24719, CR-13-24720 & CR-13-24722

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Gary Christopher Morrow appeals from his convictions of one count of aggravated sexual assault, one count of burglary of a habitation, one count of aggravated kidnapping, and three counts of aggravated assault with a deadly weapon. The clerk's record in these matters was filed June 26, 2015, and the reporter's record was filed June 29, making Morrow's appellate brief(s) originally due July 27. This deadline was extended twice by this Court on the motion of Morrow's appellate counsel, Micah Belden, resulting in the most recent due date of September 28. Belden has now filed a third motion seeking an additional extension of the briefing deadline.

We have reviewed Belden's third motion to extend time as well as the appellate record in these cases, and we find no compelling information to convince us that Morrow's briefing requires additional time to prepare. Consequently, Belden's third motion to extend time to file Morrow's appellate brief(s) is overruled.

We order Belden to file Morrow's appellate brief(s) with this Court on or before October 20, 2015.

IT IS SO ORDERED.

BY THE COURT

Date: October 6, 2015

2